IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Manson, Marlene J

Printed: 9/30/08

Case Number: 07 B 17634
Judge: Wedoff, Eugene R
Filed: 9/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 14, 2008
Confirmed: December 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 946.00 |
| Trustee Fee: |  | 54.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,000.00 | 1,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 946.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 3,814.50 | 0.00 |
| 5. | Resurgent Capital Services | Secured | 422.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 103.64 | 0.00 |
| 7. | St James Anesthesia | Unsecured | 78.44 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 965.21 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 124.24 | 0.00 |
| 10. | Ford Motor Credit Corporation | Unsecured | 8,622.41 | 0.00 |
| 11. | Carmel Financial Corp | Unsecured | 2,402.54 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 236.40 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 323.61 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 110.19 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 55.94 | 0.00 |
| 16. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 17. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 18. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 19. | CAB Services | Unsecured |  | No Claim Filed |
| 20. | West Asset Management | Unsecured |  | No Claim Filed |
| 21. | CAB Services | Unsecured |  | No Claim Filed |
| 22. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 23. | CCA | Unsecured |  | No Claim Filed |
| 24. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 25. | First Consumers National Bank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Manson, Marlene J | | Case Number: 07 B 17634 |
| --- | --- | --- | --- |
| | | | Judge: Wedoff, Eugene R |
| | Printed: 9/30/08 | | Filed: 9/27/07 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | FNB CHICAGO | Unsecured | | No Claim Filed |
| 27. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 28. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 29. | Mutl H Clctn | Unsecured | | No Claim Filed |
| 30. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 31. | Mutl H Clctn | Unsecured | | No Claim Filed |
| 32. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 33. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 34. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 35. | Nicor Gas | Unsecured | | No Claim Filed |
| 36. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,740.62 | $ 946.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 54.00 |
| | _____ |
| | $ 54.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

